Joanna L. Cahoon
Mark Regan
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
jcahoon@dlcak.org
mregan@dlcak.org,

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| E.S. through her guardians Mary and Steven Stassel, B.M. through his guardians Wayne and Sharon Mattingly, and K.H. through his guardian Robert Howard, for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF SENIOR AND DISABILITIES SERVICES, and DUANE MAYES, in his official capacity as Division Director,<br><br>Defendants. | Case No. 1:18-cv-00008-JWS |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, plaintiffs move for a preliminary injunction, enjoining defendants from reducing Medicaid Waiver day habilitation services pursuant to the hourly cap contained in 7 AAC 130.260(c) while this matter is pending before the Court.

E.S. et al. v. State of Alaska, 1:18-cv-00008-JWS
Motion for Preliminary Injunction and Supporting Memorandum
Page 1 of 2

A memorandum of law and three affidavits support this motion. Plaintiffs have also provided a proposed preliminary injunction order for this Court's consideration.

DATED this 27th day of June, 2018.

Respectfully submitted,

/s/ Joanna Cahoon
Joanna Cahoon (ABA #1405034)
Mark Regan (ABA #8409081)
Disability Law Center of Alaska
3330 Arctic Blvd., Ste.103
Anchorage, AK 99503
Telephone: 907-565-1002
Facsimile: 907-565-1000

**Certificate of service**
I hereby certify that on 6/27/18 a true and correct copy of the foregoing was provided to the following via the CM/ECF system:

Duane Mayes, Director of SDS
550 West 8th Ave.,
Anchorage, AK 99501

Attorney General of Alaska
P.O. Box 110300
Juneau, AK 99811-0300

/s/ Joanna Cahoon
Joanna Cahoon

E.S. et al. v. State of Alaska, 1:18-cv-00008-JWS
Motion for Preliminary Injunction and Supporting Memorandum
Page 2 of 2